IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARCELA SANTANA,<br>Plaintiff<br><br>vs.<br><br>FIRST AMERICAN SOLUTIONS, LLC, CK ASSET HOLDINGS, LLC, MARK STEVENS AND KENNETH JONES<br>Defendants | §<br>§<br>§   CIVIL ACTION NO. 3:11-cv-186<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above entitled action that summonses, issued on the Plaintiff's Original Complaint, has been served upon the Defendants named below, and it further appearing from the affidavit of counsel for Plaintiff that Defendants have failed to plead or otherwise defend in said action, as directed in said summonses and as provided in the Federal Rules of Civil Procedure.

NOW, therefore, on request of counsel for Plaintiff, the default of the following named Defendants is hereby entered: First American Solutions, LLC, CK Assets Holdings, LLC, Mark Stevens and Kenneth Jones.

WILLIAM G. PUTNICKI
United States District Clerk

By: _____
_____, Deputy Clerk

DATED: 6-23-11